[No. 10104-5-III.  Division Three.  July 9, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
R. BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 88-1-00513-7, Duane E. Taber, J., entered

June 16, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.